```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

J.G., individually, and as parent and natural
guardian of minor, A.S.,

                      Plaintiffs,

-against-

YORKTOWN CENTRAL SCHOOL DISTRICT,
RALPH NAPOLITANO, Ed.D., individually and as
Superintendent of Yorktown Central School District,
JOSEPH DeGENNARO, individually and as Principal
Of Yorktown High School, RANDALL GLADING,
Ph.D, individually and as Assistant Principal of
Yorktown High School,

                      Defendants.

**ORDER TO SHOW CAUSE
FOR PRELIMINARY INJUNCTION**

**13 CV 0648**

**JUDGE SEIBEL**

----------------------------------------------------------------x

      UPON THE AFFIDAVITS OF J.G., AND DIANA M. CARLINO, ESQ., sworn

to the 29th day of January, 2013, and upon the copy of the complaint hereto annexed, it is

      ORDERED, that the above-named Defendants show cause before a motion term

of this Court, at Room _621_, United States Courthouse, 300 Quarropas Street, in the

City of White Plains, County of Westchester, State of New York, on

_February 7_, 2013, at _4:30_ o'clock in the _p.m._

noon thereof, or as soon thereafter as counsel may be heard, why an order should not be

issued pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining the

Defendants during the pendency of this action from:

    1. enforcing suspensions against A.S. from attendance as a student in Yorktown

       High School, located in the Yorktown Central School District, in the Town of

Yorktown, County of Westchester, State of New York, with all associated perquisites, rights an privileges pending final resolution of this matter; and, being represented by the law firm of Shaw, Perelson, May & Lambert, LLP, with offices located at 21 Van Wagner Road, Poughkeepsie, New York and 115 Stevens Avenue, Valhalla, New York 10595, or any attorneys employed thereby, as it is a witness to the events complained of herein.

Personal service of the papers filed in support of this Order shall be made upon defendants or their agents on or before __February 1__, 2013, and such service shall be deemed sufficient.

SO ORDERED:

White Plains, NY
01-30-13

_Cathy Seibel_
UNITED STATES DISTRICT JUDGE

Defendants are directed to respond to Plaintiff's application in writing ~~allegations by letter not exceeding 25 pages~~ by February 4, 2013.