**LAW OFFICE OF TODD J. KROUNER**
93 NORTH GREELEY AVENUE
CHAPPAQUA, NEW YORK 10514
(914) 238-5800

TODD J. KROUNER*                                                    DIANA M. CARLINO†
                                                                    SCOTT J. KOPLIK*
*ADMITTED IN NY & NJ
                                                                    †ADMITTED IN NY & CT

January 31, 2013

**VIA FACSIMILE**

Hon. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas St., Rm. 621
White Plains, NY 10601-4150

Re:   J.G. v. Yorktown Central School District
      13 CV 0648 (CS)

Dear Judge Siebel,

*[Handwritten endorsement:]* Hearing will be 2/8/13 at 4:30 pm. Opposition papers due 2/5/13.

So Ordered.
/s/ Cathy Seibel
Cathy Seibel, U.S.D.J.
Dated: 2/1/13

MEMO ENDORSED

   I am counsel for Plaintiffs in the above-referenced action, concerning the suspension of a 14-year-old Honor Student, from Yorktown High School, in violation of her due process rights under the 14th Amendment. Today, Your Honor scheduled a hearing on Plaintiffs' Order to Show Cause, for next Thursday, February 7, 2013 (the "Hearing"). I am writing pursuant to the instructions of Your Honor's Deputy Clerk, Ms. Alice Cama, and Your Honor's Individual Rule of Practice 1(E), to respectfully request that the Hearing be adjourned, one day, to the afternoon of Friday, February 8, 2013. I have conferred with counsel for Yorktown Central School District (the "School District"), who consents to the request, and subject to the adjournment, requests a one day extension to file opposition papers, from February 4, 2013, to February 5, 2013. We consent to the School District's request as well. There have been no prior requests for adjournments.

   While we are grateful for any accommodation the Court may extend, if Your Honor is unable to adjourn the hearing, given the exigencies presented, we will make arrangements to ensure coverage, as presently scheduled on February 7, 2013.

Respectfully submitted,

/s/ Todd J. Krouner
Todd J. Krouner

cc:   Rebecca Valk, Esq.
      *Counsel for Yorktown Central School District*
      (via email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2013