UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

J.G., et al.

                     Plaintiff,

Case No.  13 CV 0648 (CS)

     -against-

Yorktown Central School District   Defendant.

-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending       [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Rebecca A. Valk__
FILL IN ATTORNEY NAME

My SDNY Bar Number is: __RV1766__    My State Bar Number is __4189205__

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Van Dewater & Van DeWater, LLP
                  FIRM ADDRESS: 40 Garden St, PO Box 112, Poughkeepsie, NY 12602
                  FIRM TELEPHONE NUMBER: 845-452-5900
                  FIRM FAX NUMBER: 845-452-5848

NEW FIRM:     FIRM NAME: Shaw, Perelson, May & Lambert, LLP
                  FIRM ADDRESS: 21 Van Wagner Rd, Poughkeepsie, NY 12603
                  FIRM TELEPHONE NUMBER: 845-486-4200
                  FIRM FAX NUMBER: 845-486-4268

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: February 12, 2013

_Rebecca A. Valk_
ATTORNEY'S SIGNATURE