UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
J.G., individually, and as parent and natural
guardian of minor, A.S.,

                Plaintiffs,

    -against-

YORKTOWN CENTRAL SCHOOL DISTRICT,
RALPH NAPOLITANO, Ed.D., individually and
as Superintendent of Yorktown Central School
District, JOSEPH DeGENNARO, individually and
as Principal of Yorktown High School, RANDALL
GLADING, Ph.D., individually and as Assistant
Principal of Yorktown High School,

                Defendants.
----------------------------------------------------------------X

Docket No. 13 CV 0648 (CS)

**CONSENT TO
CHANGE ATTORNEY**

IT IS HEREBY CONSENTED that RUTHERFORD & CHRISTIE, LLP be substituted as attorneys for the undersigned parties in the above-entitled action, in place and stead of the undersigned attorneys of record, SHAW, PERELSON, MAY & LAMBERT, LLP., attorneys for Defendants, Yorktown Central School District, Ralph Napolitano, Ed.D, Joseph DeGennaro and Randall Glading, Ph.D., as of the date hereof.

Dated: New York, New York
       February 13, 2013

RUTHERFORD & CHRISTIE, LLP

By: _Lewis P. Szuromi_

SHAW, PERELSON, MAY & LAMBERT, LLP.

By: _Mark C. Rushfield, Esq._

| | YORKTOWN CENTRAL SCHOOL DISTRICT |
|---|---|
| Sworn to before me on this 13th day of February, 2013. *[signature]* Notary Public | *[signature]* By: Ralph Napolitano |
| | REGINA M. PITRUZZELLO<br>Notary Public, State of New York<br>No. 01PI6133954<br>Qualified in Westchester County<br>Commission Expires September 19, 2013 |
| Sworn to before me on this 13th day of February, 2013. *[signature]* Notary Public | *[signature]* By: RALPH NAPOLITANO, Ed.D. |
| | REGINA M. PITRUZZELLO<br>Notary Public, State of New York<br>No. 01PI6133954<br>Qualified in Westchester County<br>Commission Expires September 19, 2013 |
| Sworn to before me on this 13th day of February, 2013. *[signature]* Notary Public | *[signature]* By: JOSEPH DeGENNARO |
| | REGINA M. PITRUZZELLO<br>Notary Public, State of New York<br>No. 01PI6133954<br>Qualified in Westchester County<br>Commission Expires September 19, 2013 |
| Sworn to before me on this 13th day of February, 2013. *[signature]* Notary Public | *[signature]* By: RANDALL GLADING, Ph.D. |
| | REGINA M. PITRUZZELLO<br>Notary Public, State of New York<br>No. 01PI6133954<br>Qualified in Westchester County<br>Commission Expires September 19, 2013 |